UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| In re:  Koji Goto             * | |
|         Debtor             * | BK Case No.: 04-13739 JMD |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | Chapter:  11 |
| Steven M. Notinger, as Chapter 11 Trustee,             * | |
| Steven M. Notinger as Managing Member of             * | |
| Epic Investment Capital, LLC; and Steven M.             * | |
| Notinger, as Managing Member of             * | |
| J.H. Business Services, LLC,             * | Adv. Proc. No.: 05-1051-JMD |
|         Plaintiffs             * | |
|     v.             * | |
|              * | |
| Nirma Hill and Enjesa Corporation,             * | |
|         Defendants             * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON DEFENDANTS' MOTION FOR
WITHDRAWAL OF REFERENCE AND FOR
ASSIGNMENT TO FEDERAL DISTRICT COURT**

Upon consideration of Defendants' Motion for Withdrawal of Reference and for Assignment to Federal District Court and accompanying memorandum, it is hereby ordered that the reference of this matter to the United States Bankruptcy Court for the District of New Hampshire be withdrawn, and that this matter be assigned for all further proceedings, including trial, to a judge of this court.

Date:  December 2, 2005

                                              /s/ Steven J. McAuliffe
                                     United States Federal District Court Judge